# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 18MJ10811-BAS |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT AND ORDER GRANTING MOTION TO DISMISS** |
| JIADA CHEN, | ) |
| Defendant. | ) |

This matter comes before the Court on the United States' motion to dismiss the Complaint as to Defendant Jiada Chen.

**IT IS HEREBY ORDERED** that the Complaint in the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**DATED: November 15, 2018**

Hon. Cynthia Bashant
United States District Judge